**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Erin O'Connor

  vs      Case No. 2:16-cv-357

Nationwide Children's Hospital    **Judge Smith**
                **Magistrate Judge Deavers**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

  IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED and Plaintiff's Motion to Strike is DENIED.


Date: **July 20, 2017**      **Richard W. Nagel, Clerk**


             s/ Scott Miller
           By Scott Miller /Deputy Clerk