# IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION – COLUMBUS

| | |
|---|---|
| Erin O'CONNOR, | Case No. 2:16-CV-357 |
| Plaintiff, | |
| -vs- | NOTICE OF APPEAL |
| NATIONWIDE CHILDREN'S HOSPITAL, | |
| Defendant. | |

Now comes the Plaintiff by counsel and hereby gives notice that she is taking an appeal from the final judgment of the U.S. District Court in this case to the U.S. Sixth Circuit Court of Appeals.  The Final Judgment ending this case was entered for record in favor of the Defendant on the docket on 20 JULY 2017 and the deadline for filing the appeal due to an intervening weekend extending time to file is 21 JULY 2017.   All issues before the District Court on Civil Rule 12 (b)(6) motion briefing resulting in a partial judgment in favor of the Defendant; and later summary judgment briefing resulting in a final judgment in favor of the Defendant concluding the case *sub judice* are at issue in this appeal.[1]   There is no trial transcript and the record consists of all papers filed to date.

Respectfully Submitted,

/s/ Michael Terrence Conway, Esq.
Michael T. Conway, Esq.
Ohio Reg. No. 0058413
SD Texas Reg. No. 925875
Michael T. Conway and Company
3456 Sandlewood Dr.
Brunswick, Ohio 44212
(330) 220-7660 (voice-fax)
Xray2Alpha@aol.com

SERVICE

Counsel for the Plaintiff hereby certifies that a copy of the foregoing document was served on counsel for the Defendant by this Court's ECF Service on 21 AUG 2017 at the following address:

        Daniel Clark, Esq.
        Cory D. Catignani, Esq.
        Vorys, Sater, Seymour and Pease LLP
        52 East Gay Street
        PO Box 1008
        Columbus, Ohio 43216

        Respectfully Submitted,

        /s/ Michael T. Conway, Esq.
        Counsel for the Plaintiff-Appellant

---

1.    Plaintiff reserves the right to narrow the issues on appeal during appellate briefing but currently does not wish to foreclose access to argument on all matters before the Court prior to final disposition of the case and at the time of filing the notice of appeal.