## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 06, 2018

Mr. Richard W. Nagel
Southern District of Ohio at Columbus
85 Marconi Boulevard
Suite 260 U.S. Courthouse
Columbus, OH 43215-0000

        Re: Case No. 17-3864, *Erin O'Connor v. Nationwide Childrens Hospital*
            Originating Case No. : 2:16-cv-00357

Dear Clerk,

   Enclosed is a copy of the mandate filed in this case.

                            Sincerely yours,

                            s/Cheryl Borkowski
                            Case Manager
                            Direct Dial No. 513-564-7035

cc: Mr. Daniel J. Clark
     Mr. Michael T. Conway
     Ms. Elizabeth Ann Cramer

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 17-3864

_____

Filed: March 06, 2018

ERIN O'CONNOR

      Plaintiff - Appellant

v.

NATIONWIDE CHILDREN'S HOSPITAL

      Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 02/12/2018 the mandate for this case hereby issues today.

COSTS:  None